UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Thomas M. Olsen</u>

     v.                                        Civil No. 06-cv-477-JD

<u>Loudon, Town of</u>

### J U D G M E N T

In accordance with the Order approving the parties' Motion for Approval of Settlement by District Judge Joseph A. DiClerico, Jr. on September 19, 2007, judgment is hereby entered.

                                                  By the Court,

                                                  <u>*/s/ Charli M. Pappas*</u>
                                                  Charli M. Pappas, Deputy Clerk

September 19, 2007

cc:     Hugh T. Lee, Esq.
         David P. Slawsky , Esq.